**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 99.122.116.114,<br><br>    Defendant. | Case Number: 1:16-cv-01067-AWI-SKO<br><br>**ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**<br><br>**(Doc. 8)** |

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised hereby:

ORDER AND ADJUDGES that Plaintiff's Motion is granted.  Plaintiff shall have until December 21, 2016, to effectuate service of a summons and complaint on Defendant.

IT IS SO ORDERED.

Dated:   **October 20, 2016**             /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE