# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 99.122.116.114,<br><br>        Defendant. | **CASE NO. 1:16-cv-01067-AWI-SKO**<br><br>**ORDER SEALING DOCUMENTS 15, 16, 17, 19, and 24, AND STRIKING DEFENDANT'S TRUE NAME FROM THE DOCKET** |

On May 8, 2017, this Court granted Defendant John Doe's motion to proceed anonymously. Before and after granting of that motion, documents were entered into the Court's docket bearing Defendant's true name. To effectuate the purpose of this Court's May 8, 2017 order, the documents entered at docket entries 15, 16, 17, 19, and 24 shall be placed under seal. *See* L.R. 140(b). The Clerk of the Court is respectfully directed to seal the above-listed documents and strike the Defendant's true name from the Court's docket.

IT IS SO ORDERED.

Dated:   May 25, 2017                                _____
                                                          SENIOR DISTRICT JUDGE