# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case No. 1:16-cv-01067-AWI-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 24)** |
| JOHN DOE, | |
| Defendant. | |

On May 23, 2017, the parties filed a joint Stipulation of Dismissal with Prejudice, in which the parties notify the Court that they "stipulate that all claims asserted against each other in this matter are . . . dismissed with prejudice" and "consent to the Court" closing this case. (Doc. 24 at 1.) This stipulation is signed by all parties who have appeared in this action. (*See id.* at 2.) As such, the parties have dismissed all claims in this action—and, hence, this entire matter—pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **May 25, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE